# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Frank Salinas Jr.**          *PRINCIPAL*
          YOB: 1991

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:

M-19-804-M

United States District Court
Southern District Of Texas
FILED

APR -8 2019

David J. Bradley, Clerk

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 6, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Silvia Haydee Duarte-Gomez and Jackeline Maricela Margueiz-Lemus, citizens and nationals of El Salvador, along with two (2) other undocumented aliens, for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Los Ebanos, Texas to the point of arrest near Penitas, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)      FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On April 6, 2019, Border Patrol Agents received a camera activation that showed four subjects running north, away from the river, towards a dark in color sports utility vehicle (SUV) in a remote area known for alien smuggling in Los Ebanos, Texas.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Approved AUSA Laura Garcia

_____
Signature of Complainant

Gerardo Montalvo        Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

April 8, 2019                                     at    McAllen, Texas
Date                                                       City and State

J Scott Hacker                 , U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-19- 804 -M

**RE:** Frank Salinas Jr.

**CONTINUATION:**

The responding Agent observed the image and noticed the SUV appeared to be a GMC SUV bearing no front license plate. Camera operators scanned the common route taken by human smugglers and noticed a dark in color GMC SUV traveling away from Los Ebanos, Texas. The Agent approached the SUV and noticed the vehicle had a temporary rear license plate that registered out of Weslaco, Texas, which is a common trend used by human smugglers. The Agent also noticed the vehicle was missing the front license plate, which enhanced the Agent's suspicion that the vehicle was in fact the same one in the camera activation. Based on all the facts, the Agent suspected the vehicle was being used for human smuggling and conducted a vehicle stop. As the Agent approached the driver, he immediately observed multiple subjects laying down on the rear passenger seats, attempting to conceal themselves. The driver was identified as Frank Salinas Jr., a United States Citizen. The Agent determined there was four passengers who were illegally present in the United States. The driver and the four passengers were placed under arrest and transported to the Border Patrol Station for processing.

**PRINCIPAL STATEMENT:**
Frank Salinas Jr. was advised of his Miranda Rights and agreed to provide a sworn statement.

Salinas stated his friend offered him a job to pick up illegal aliens in Los Ebanos, Texas and drop them off in McAllen, Texas. Salinas stated he was to be paid $300-$350 (USD) per illegal alien. Salinas stated his friend gave him directions on how to arrive at the pickup location. Salinas stated that once he arrived at the location, the subjects boarded his vehicle and laid down on the passenger seats.

**MATERIAL WITNESS STATEMENTS:**
Silvia Haydee Duarte-Gomez and Jackeline Maricela Margueiz-Lemus were read their Miranda Rights and agreed to provide a sworn statement.

Margueiz, a citizen of El Salvador, stated she was going to pay a total of $8,000 (USD) for her smuggling arrangements. Margueiz stated a guide illegally crossed her and three others into the United States. Margueiz stated the guide instructed them on what path to take and informed them that a blue "enclosed truck" (SUV) would pick them up. Margueiz stated she boarded the blue vehicle and laid down. Margueiz stated she was supposed to be transported to McAllen. Margueiz stated she was unable to see the driver's face because she was laying down, however, she was able to describe the driver as a male.

Duarte, a citizen of El Salvador, stated she paid $2,500 (USD) for her smuggling arrangements. Duarte stated she crossed into the United States on a raft with other people who were traveling with her. Once at the riverbank, Duarte was instructed to keep walking. Duarte stated she then boarded a blue vehicle and laid down on the rear passenger seats. Duarte stated she was unable to see the driver's face because she boarded through the back of the vehicle, however, she was able to describe the driver as a male.